Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED BY __ D.C.

05 JUN 21 PM 5: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# United States District Court

FOR THE

## WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

Anita McClelland

Crim. No. 2:01CR20058-02

On October 12, 2001, the above named was placed on Probation for a period of five (5) years. She has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that she be discharged from Probation.

Respectfully submitted,

Nicole D. Peterson
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this 21st day of June, 2005.

United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10/23/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:01-CR-20058 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Julia Gibbons
US DISTRICT COURT